Opinion issued January
27, 2011








 










     

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00491-CV

____________

 

TECHCORR USA MANAGEMENT, L.L.C., Appellant

 

V.

 

CYNTHIA DAVIS, Appellee

 

 

 



On Appeal from the 157th District Court 

Harris County, Texas

Trial Court Cause No. 2008-26977

 

 

 



MEMORANDUM
OPINION

          This is an
appeal from a judgment signed April 16, 2010.  On September 2, 2010, the parties filed a
joint motion to dismiss the appeal, stating the parties have settled the case. See Tex.
R. App. P. 42.1. 

The motion is granted, and the appeal
is dismissed.  See Tex. R. App. P. 42.1(a)(2), 43.2(e).  The Clerk is directed to issue mandate within
10 days of the date of this opinion.  See
Tex. R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of
Justices Keyes, Sharp, and Massengale.